# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Milazzo, Jane T. | United States District Court, Eastern District of Louisiana | 08/06/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

500 Poydras Street, Room C-206
New Orleans, Louisiana 70130

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | MJ Holding Company |
| 2. Secretary / Treasurer | Property Owners Association of Lake Verret Park Estates |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Interest in one outstanding personal injury claim, no control. |
| 2. 2008 | Louisiana State Employees Retirement System, pension upon retirement |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Judicial Branch of Louisiana, wages | $92,549.94 |
| 2. 2011 | 23rd Judicial Expense Fund | $2,754.00 |
| 3. 2011 | MJ Holding Company | $7,309.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Campus Federal Credit Union, wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. St. Tamany Parish Wide Schl LA Bonds | A | Interest | J | T | | | | | |
| 2. Webster Parish LA Schl Dist 6 Bonds | A | Interest | J | T | | | | | |
| 3. E.I. du Pont de Nemours & Co. Stock | A | Dividend | K | T | | | | | |
| 4. General Electric Stock | B | Dividend | K | T | | | | | |
| 5. Google,Inc. Stock | | None | K | T | | | | | |
| 6. J. Crew Group Inc. Stock | | None | | | Sold | 03/08/11 | K | D | |
| 7. CGM Focus Fund | | None | | | Sold | 06/07/11 | K | | |
| 8. Columbia Mid Cap Value Fund, Class Z | A | Dividend | | | Sold | 08/11/11 | J | | |
| 9. Driehaus Mut Fs Emerg. Mkt Gro | A | Dividend | K | T | | | | | |
| 10. Janus Special Equity | | None | | | Sold | 06/13/11 | K | | |
| 11. Marisco Invt Fd 21 Centurey Fund | | None | | | Sold | 06/13/11 | J | | |
| 12. Royce Oppourtunity Fund | | None | L | T | | | | | |
| 13. Schwab Cap Tr Lauds Intl MktMastr | A | Dividend | L | T | | | | | |
| 14. T Rowe Midcap Equity Groth FD #16 | A | Dividend | L | T | | | | | |
| 15. T Rowe Price Value Fd Inc. Com | | None | | | Sold | 06/13/11 | K | | |
| 16. Vanguard Index Fd Sml Cap Grw Inv. | A | Dividend | L | T | | | | | |
| 17. Dodge and Cox International Stock Fund | | None | | | Sold | 08/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Overseas Fund | | None | | | Sold | 08/11/11 | K | | |
| 19. Vanguard Trustees Equity FD Intl Value Fund | | None | | | Sold | 06/13/11 | J | | |
| 20. Spdr Tr Unit Ser 1 | A | Dividend | K | T | | | | | |
| 21. UBS Global Allocation Fund Class A | | None | | | Sold | 07/15/11 | L | | |
| 22. Putnam Fund for Growth and Income | A | Dividend | | | Sold | 06/23/11 | J | | |
| 23. Capital One Stock | A | Dividend | K | T | | | | | |
| 24. Wells REIT II | A | Dividend | K | W | | | | | |
| 25. Wells REIT II | B | Distribution | K | W | | | | | |
| 26. MetLife Mod/Agg Allocation Portfolio | | None | N | T | | | | | |
| 27. MetLife Universal Life Cash Surrender Value | | None | K | T | | | | | |
| 28. FMT/DFA Real Estate Securities | | None | K | T | | | | | |
| 29. FMT/DFA International Real Estate Securities | | None | K | T | | | | | |
| 30. FMT/DFA Commodity Strategy Portfolio | | None | L | T | | | | | |
| 31. FMT/ DFA US Large Cap Value | | None | K | T | | | | | |
| 32. FMT/DFA International Value | | None | L | T | | | | | |
| 33. FMT/DFA International Small Cap Value | | None | L | T | | | | | |
| 34. FMT/DFA Emerging Markets Value | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tradewinds Global Investors LLC | | None | K | T | | | | | |
| 36. FMT/DFA Emerging Markets Small-Cap | | None | L | T | | | | | |
| 37. Lifestyle Moderate Growth Strategy | | None | | | | | | | See note in Part VIII |
| 38. Lifestyle Aggressive Growth Strategy | | None | | | | | | | See note in Part VIII |
| 39. Campus Federal Credit Union Defined Comp 457 Plan cash accou | A | Interest | J | T | | | | | |
| 40. American Century Global R/E Fund Inv Shares | A | Dividend | J | T | Buy | 11/29/11 | J | | |
| 41. Calamos Evolving World Growth Fund Class A | A | Dividend | K | T | Buy | 11/29/11 | J | | |
| 42. Franklin Templeton Hard Curren | | None | | | Buy | 7/28/11 | K | | |
| 43. Franklin Templeton Hard Curren | | None | | | Sold | 11/29/11 | K | | |
| 44. Nuveen Tradewinds Int'l Value FD CLS AM | A | Dividend | J | T | Sold (part) | 7/28/11 | J | A | |
| 45. Nuveen Tradewinds Int'l Value FD CLS AM | | None | | | Sold (part) | 11/29/11 | J | | |
| 46. Nuveen Tradewinds Emerging Mkts Fund Class A M/F | A | Dividend | J | T | Sold (part) | 11/29/11 | J | | |
| 47. Pimco Eqs Pathfinder Fund Class A M/F | A | Dividend | K | T | Sold (part) | 7/28/11 | J | A | |
| 48. Pimco Eqs Pathfinder Fund Class A M/F | | None | | | Sold (part) | 11/29/11 | J | | |
| 49. Pioneer Cullen Value Fund Class A M/F | A | Dividend | J | T | Buy | 4/19/11 | K | | |
| 50. Pioneer Cullen Value Fund Class A M/F | | None | | | Buy (add'l) | 11/29/11 | J | | |
| 51. Pioneer Cullen Value Fund Class A M/F | | None | | | Sold (part) | 7/28/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce Intl Smaller -Companies FD Service Class N/L | | None | | | Sold | 11/29/11 | J | | |
| 53. Royce 100 Fund Service Class N/L | | None | | | Sold | 4/19/11 | K | C | |
| 54. Templeton Emerging Mkts Small Cap Fund Class A M/F | | None | J | T | Sold (part) | 11/29/11 | J | A | |
| 55. Van Eck CM Commodity INdex FUnd Class A M/F | | None | J | T | Buy | 11/29/11 | J | | |
| 56. ING Fixed Account | A | Int./Div. | K | T | | | | | |
| 57. Campus Federal Credit Union cash account | A | Interest | K | T | | | | | |
| 58. Edward Jones Money Market cash account | | None | J | T | | | | | |
| 59. UBS Bank Cash Acocunt | A | Interest | L | T | | | | | |
| 60. PIF Temp Dollar Fund Cash account | A | Dividend | K | T | | | | | |
| 61. S&P 500 Spyder | A | Dividend | J | T | | | | | |
| 62. Amazon Company, Inc. | | None | J | T | Buy | 09/23/11 | J | | |
| 63. Arthur Gallagher & Co. | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 64. Chevron Corporation | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 65. Medtronic Inc. | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 66. MJ Holding Company, see assets below | | | | | | | | | |
| 67. Property number 1, Napoleonville, LA | | None | L | W | | | | | |
| 68. Property number 2, Napoleonville, LA | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 08/06/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Property number 3, Napoleonville, LA | D | Rent | K | W | | | | | |
| 70. Property number 4, Napoleonville, LA | | None | K | W | | | | | |
| 71. Property number 5, Napoleonville, LA | | None | J | W | | | | | |
| 72. AirTap Communications, LLC | | None | J | U | | | | | |
| 73. Multicomm Investments, LLC (X) | | None | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1

As a partner in MJ Holding Company, I do have the ability to direct or influence policy decisions weich affect the purchase, exchange, sale or disposition of the specific assets within this partnershi;' therefore, I have identified the assets of the partnership in Section 7, number ****

In 2011, I did serve as Secretary / Treasurer of Lake Verret Park Estates, Inc., the property association for community _____ . In that capacity, I have collected dues and paid bills associated with the neighborhood.

Part VII

In 2010, Lifestyle Moderate Growth Strategy (37) and Lifestyle Aggressive Growth Strategy (38) accounts were listed in summary. In 2011, these accounts were broken out by separate fund balances (see lines 28 - 36)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane T. Milazzo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544